**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

VIRGIN RECORDS AMERICA, INC., a California corporation; BMG MUSIC, a New York general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,

Plaintiffs,

v.

Kelley Eberhard,

Defendant.

Civil No. 1:07-cv-00087-S-LDA

Judge William E. Smith

**MOTION TO EXTEND DEADLINES**

Plaintiffs respectfully move this Court for a sixty day extension on the following deadlines in the above-referenced matter: the discovery deadline, up to and including November 20, 2007; the dispositive motion deadline, up to and including November 20, 2007, the pretrial memorandum deadline, up to and including 30 days after a decision on any dispositive motions, or if no dispositive motions are filed, December 4, 2007. This Court may modify its scheduling order upon good cause shown. *See* Fed. R. Civ. P. 16(b). Plaintiffs assert that the following circumstances demonstrate good cause for the above deadlines to be extended as requested:

1. Plaintiffs served their initial set of written discovery requests on Defendant on July 6, 2007. Defendant's responses were due on or before August 5, 2007.



#1256312 v1

2. On August 22, 2007, Plaintiffs sent Defendant a Rule 37 letter regarding her overdue discovery responses. Plaintiffs attempted to contact Defendant by telephone regarding her overdue discovery responses, but Defendant did not return Plaintiffs' counsel's calls.

3. Defendant served her responses to Defendant's initial set of written discovery on August 25, 2007.

4. Based on her responses to written discovery, Plaintiffs have scheduled depositions for Defendant and her mother on September 19, 2007.

5. Plaintiffs respectfully seek an additional sixty days to accommodate additional discovery required as a result of the depositions.

6. Plaintiffs attempted to confer with Defendant regarding the filing of this Motion, but Defendant did not return Plaintiffs' counsel's calls.

WHEREFORE, Plaintiffs respectfully request the Court extend the above deadlines as requested.

Respectfully submitted,

Dated: September 12, 2007

By: /s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; BMG MUSIC; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 12, 2007, a copy of the foregoing **MOTION TO EXTEND DEADLINES** was served upon the Defendant via United States Mail as follows:

Kelley Eberhard
178 Ashway Rd
Bradford, Ri 02808
DEFENDANT

September 12, 2007

/s/ James E. O'Neil, Esq.
James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852



#1256312 v1