**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; BMG MUSIC, a New York general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>Kelley Eberhard,<br><br>Defendant. | Civil No. 1:07-cv-00087-S-LDA<br><br>Judge William E. Smith |

**[PROPOSED] ORDER**

THIS MATTER was heard by the undersigned upon Plaintiffs' Motion to Extend Deadlines, and it appearing that good cause has been shown;

IT IS, THEREFORE, ORDERED that Plaintiffs' Motion is GRANTED and that the deadlines are updated as follows: the discovery deadline, up to and including November 20, 2007; the dispositive motion deadline, up to and including November 20, 2007, the pretrial memorandum deadline, up to and including 30 days after a decision on any dispositive motions, or if no dispositive motions are filed, December 4, 2007.

Dated: ______________________ By: ______________________
United States District Judge



#1256312 v1