**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; BMG MUSIC, a New York general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company, | Civil No. 1:07-cv-00087-S-LDA |
| Plaintiffs, | Judge William E. Smith |
| v. | |
| Kelley Eberhard, | |
| Defendant. | |

**NOTICE OF SETTLEMENT IN PRINCIPLE**

Plaintiffs VIRGIN RECORDS AMERICA, INC., *et al.* ("Plaintiffs"), by and through their undersigned counsel, respectfully notify the Court that the parties have settled their dispute in principle.

Respectfully submitted,

Dated: 9/20/07

By: /s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for WARNER BROS. RECORDS INC.; CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; and SONY BMG MUSIC ENTERTAINMENT

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 20th day of September, 2007I mailed a true and accurate copy of the within Notice of Settlement in Principle first class, postage prepaid to Ms. Kelley Eberhard, 178 Ashway Road, Bradford, RI 02808

/s/James E. O'Neil, Esq.
James E. O'Neil, Esq.