**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; BMG MUSIC, a New York general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company, | ) | Civil No. 1:07-cv-00087-S-LDA<br>Judge William E. Smith |
| Plaintiffs, | ) | |
| v. | ) | |
| Kelley Eberhard, | ) | |
| Defendant. | ) | |

**<u>MOTION TO DISMISS</u>**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure , Plaintiffs, Virgin Records America, Inc., *et. al*., by and through their counsel, respectfully request this Court dismiss this action with prejudice. In support of their Motion, Plaintiffs state as follows:

1. Rule 41(a)(2) allows a plaintiff, with the court's permission and subject to the terms the court deems proper, to dismiss an action without prejudice at any time. <u>See</u> 26 Fed. R. Civ. P. 41(a)(2). Indeed, "[t]he very purpose of Rule 41(a)(2) is to allow the District Court, in its discretion, to dismiss an action without prejudice even after responsive pleadings have been filed by the defendant." <u>Hamilton v. Firestone Tire & Rubber Co., Inc.</u>, 679 F.2d 143, 146 (9th Cir. 1982).

2. The parties settled this case. Defendant represented that she would consent to a

joint stipulation to dismiss this case with prejudice. Plaintiffs sent a draft stipulation to Defendant on September 13, 2007. To date, Defendant has not returned the signed stipulation. Therefore, Plaintiffs have been unable to get Defendant's consent regarding this Motion.

WHEREFORE Plaintiffs respectfully request the Court to dismiss this case without prejudice with each party to bear its own fees and costs.

Respectfully submitted,

Dated: October 24, 2007 By: /s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for WARNER BROS. RECORDS INC.; CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; and SONY BMG MUSIC ENTERTAINMENT

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 24th day of October, 2007, I mailed a true and accurate copy of the within Motion to Dismiss first class, postage prepaid to Ms. Kelley Eberhard, 178 Ashway Road, RI 02808.

/s/James E. O'Neil, Esq.
James E. O'Neil, Esq.