UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

Virgin Records America, Inc., a California Corporation; BMG Music, a New York general partnership; Motown Record Company, L.P., a California limited partnership; UMG Recordings, Inc., a Delaware Corporation; Elektra Entertainment Group Inc., a Delaware Corporation; Interscope Records, a California general partnership; Sony BMG Music Entertainment, a Delaware general partnership; and Arista Records LLC, a Delaware limited liability company
Plaintiff

V. Case Number: C.A. NO. 07-87S

Kelley Eberhard
Defendant

**Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

Judgment shall enter for the Plaintiffs, Virgin Records America, Inc., a California Corporation; BMG Music, a New York general partnership; Motown Record Company, L.P., a California limited partnership; UMG Recordings, Inc., a Delaware Corporation; Elektra Entertainment Group Inc., a Delaware Corporation; Interscope Records, a California general partnership; Sony BMG Music Entertainment, a Delaware general partnership; and Arista Records LLC, a Delaware limited liability company against the Defendant, Kelley Eberhard pursuant to the Text Order dated October 26, 2007, Granting plaintiffs' Motion to Dismiss.

**BY ORDER:**

Karen Baldwell

**Deputy Clerk**

**October 26, 2007**
**Date**